# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR7** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **TERRI BURTTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's oral motion to dismiss the Indictment in this case with prejudice as against the Defendant, Terri Burtton.

IT IS ORDERED:

1. The government's oral motion to dismiss is granted; and

2. The Indictment is dismissed with prejudice as against the Defendant, Terri Burtton.

DATED this 12th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge